DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EGIS, LLC.,**
Appellant,

v.

**RICHARD ALCOTT,** and **MARTIN HICKS** a/k/a **MARTIN ALCOTT,**
Appellees.

No. 4D2024-2120

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Martin John Bidwill, Judge; L.T. Case No. CACE 21-15765(05).

Evan B. Berger of Even Berger Law, P.A., Boca Raton, for appellant.

Matthew J. McGuane of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***